1  JOHN L. BURRIS, Esq., SBN 69888
   BEN NISENBAUM, Esq., SBN 222173
2  LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Center
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200 Facsimile: (510) 839-3882
5  John.Burris@johnburrislaw.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 MARIA MCCULLOUGH, individually        )   Case No.:  3:13-cv-05425-NC
   and as co-successor-in-interest to    )
11 Decedent DONALD MCCULLOUGH SR.;       )   REQUEST TO CONTINUE CASE
12 MINNIE MCCULLOUGH, individually and   )   MANAGEMENT CONFERENCE
   as co-successor-in-interest to Decedent )  AND STAY ALL RULE 26
13 DONALD MCCULLOUGH SR.;                )   OBLIGATIONS RELATED
   DONYELL MCCULLOUGH, individually      )   THERETO AND [PROPOSED]
14 and as co-successor-in-interest to Decedent )  ORDER
15 DONALD MCCULLOUGH SR.;                )
   DONALD MCCULLOUGH JR., individually)
16 and as co-successor-in-interest to Decedent )
   DONALD MCCULLOUGH SR and DEVON)
17 MATTHEWS, individually and as         )
   co-successor-in-interest to Decedent  )
18 DONALD MCCULLOUGH SR.,                )
19         Plaintiffs,                   )
                                         )
20   vs.                                 )
                                         )
21 CONTRA COSTA COUNTY, a municipal      )
   corporation; SHERIFF'S DEPUTY MITCH   )
22 MOSCHETTI, Individually, SHERIFF'S    )
23 DEPUTY ERIC VAN SCOY,  Individually,  )
   SHERIFF'S DEPUTY MATTHEW              )
24 INGERSOLL, Individually, SHERIFF'S    )
   DEPUTY DILLON HUME,  Individually,    )
25 SHERIFF'S DEPUTY JOSEPH JACINTO,      )
26 Individually and DOES 1-50, Jointly   )
   and Severally,                        )
27         Defendants.                   )

                                                                      1
28 _____
   REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26
   OBLIGATIONS RELATED THERETO AND [PROPOSED] ORDER

1   WHEREAS the plaintiff filed the instant complaint on November 21, 2013;

3   WHEREAS the instant complaint filed on November 21, 2013 was served on the defendants in this matter on January 28, 2014;

WHEREAS the defendants' answer is due February 18, 2014;

WHEREAS the Case Management Statement in the instant matter is due on February 12, 2014 and the Case Management Conference is scheduled for February 19, 2014 at 10:00 a.m.;

WHEREAS due to all of the above the plaintiffs are requesting that the Case Management Conference is rescheduled to a date thirty-five days or thereabout from February 19, 2014 or to March 26, 2014 at 10:00 a.m. or as soon thereafter as the matter may be heard by the Court.

All Rule 26 obligations shall be continued in relation to the new Case Management Conference date per the Federal Rules of Civil Procedure and Local Rules.

Respectfully submitted,

                                    **LAW OFFICES OF JOHN L. BURRIS**

Dated: February 10, 2014,   By:/s/ *Benjamin Nisenbaum*
                                            John L. Burris, Esq.
                                            Benjamin Nisenbaum, Esq.
                                            Attorney for Plaintiffs
                                            Maria McCullough, et al.

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO AND [PROPOSED] ORDER

**[PROPOSED]** ORDER

This matter comes before the Court upon the Plaintiffs' Request to Continue Case Management Conference and Stay All Rule 26 Deadlines Related Thereto. Upon careful scrutiny, and for good cause shown, the Court finds the request well taken and grants the request to continue the Case Management Conference and stay all related Rule 26 obligations.

Accordingly, it is hereby **ORDERED** that:

1. The Case Management Conference, originally set for hearing on February 19, 2014, shall be continued to     March 26, 2014 at 2:00 p.m.     . Parties must file consent or declination no later than March 19, 2014.

2. All Rule 26 obligations shall be continued in relation to the new Case Management Conference date per the Federal Rules of Civil Procedure and Local Rules.

**IT IS SO ORDERED**.

DATED: February  10, 2014



_____
Hon. ____ Cousins
United States ____
Judge Nathanael M. Cousins
GRANTED

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY ALL RULE 26 OBLIGATIONS RELATED THERETO AND [PROPOSED] ORDER

3