UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MCCULLOUGH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No. 13-cv-05425-TEH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs previously failed to respond to Defendants' motion for a stay, and at a case management conference on April 14, 2014, the Court cautioned Plaintiffs' counsel that he must be sure to file an opposition or a statement of non-opposition in response to all future motions. Plaintiffs' counsel assured the Court that he would timely respond to all motions going forward. Plaintiffs' response to Defendants' motion to quash was due by April 25, 2014. To date, the Court has not received Plaintiffs' submission.

Accordingly, with good cause appearing, Plaintiffs are HEREBY ORDERED to SHOW CAUSE as to why the Court should not impose monetary or other sanctions for their failures to respond to Defendants' motions. The show cause hearing shall be held on **Monday, May 12, 2014 at 10:00 AM**. If Plaintiffs wish to file a written response, they must do so on or before **May 5, 2014**. Counsel for Defendants need not be present for the show cause hearing.

**IT IS SO ORDERED.**

Dated: 4/28/14

_____

THELTON E. HENDERSON
United States District Judge