Writer's Direct Dial:
(925) 335-1886

January 14, 2015

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 12, 19th Floor
San Francisco, CA 94102-3483

    Re:    *Maria McCullough, et al. v. Contra Costa County et al.*
            United States District Court - San Francisco Case No. C13-5425 NC

Dear Judge Henderson:

    Pursuant to prior agreement between the parties, we seek permission to have only Defendant Deputy Mitch Moschetti attend the mandatory settlement conference scheduled for January 27, 2015, at 11:00 a.m., along with the County of Contra Costa's Assistant Risk Manager Scott Selby. Thank you for your consideration.

Very truly yours,

IT IS SO ORDERED.
/s/ Joseph C. Spero
United States Chief Magistrate Judge

SHARON L. ANDERSON
COUNTY COUNSEL

Dated: 1/15/15

By: _____/s/_____
JANICE L. AMENTA
Deputy County Counsel

JLA:st

cc.    Honorable Joseph C. Spero
        Benjamin Nisenbaum, Esq.