**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq., SBN 222173**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MCCULLOUGH, individually and as co-successor-in-interest to Decedent DONALD MCCULLOUGH SR.; MINNIE MCCULLOUGH, individually as co-successor-in-interest to Decedent DONALD MCCULLOUGH SR.; DONYELL MCULLOUGH, individually and as co-successor-in-interest to Decedent DONALD MCCULLOUGH SR.; DONALD MCCULLOUGH JR., individually and as co-successor-in-interest to Decedent DONALD MCCULLOUGH SR and DEVON MATTHEWS, individually and as co-successor-in-interest to Decedent DONALD MCCULLOUGH SR., <br><br> Plaintiffs, <br><br> v. <br><br> CONTRA COSTA COUNTY, a municipal corporation; SHERIFF'S DEPUTY MITCH MOSCHETTI, Individually, SHERIFF'S DEPUTY ERIC VAN SCOY, Individually, SHERIFF'S DEPUTY MATTHEW INGERSOLL, Individually, SHERIFF'S DEPUTY DILLON HUME, Individually, SHERIFF'S DEPUTY JOSEPH JACINTO, Individually and DOES 1-50, Jointly and Severally, <br><br> Defendants. | Case No.: C 13-05425 TEH <br><br> **NOTICE OF DISMISSAL** |

Plaintiffs' Notice of Dismissal

1

1    PURSUANT TO THE EXECUTION of the settlement agreement,
2  Plaintiffs hereby dismiss the above-entitled action with prejudice, pursuant to FRCP
3  41(a)(1), each side bearing their own fees and costs.

7  Dated: May 13, 2015                **THE LAW OFFICES OF JOHN L. BURRIS**

                                      /s/ Benjamin Nisenbaum
                                      Benjamin Nisenbaum, Esq.
                                      Attorney for Plaintiffs



Plaintiffs' Notice of Dismissal

2